No. 96–35. DOOLEY, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DOOLEY, DECEASED, ET AL. *v.* INTERNATIONAL SAFETY INSTRUMENTS, INC. C. A. 5th Cir. Certiorari denied.

No. 96–36. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY *v.* HARRISON. C. A. 6th Cir. Certiorari denied.

No. 96–37. REES ET AL. *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 96–38. DEAN *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–39. INTEROCEANICA CORP. ET AL. *v.* BALL ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–41. HARRIS ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–42. FURTICK *v.* SHULTS ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 96–45. COFFEY *v.* WINSKE ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–46. ZIELINSKI ET AL. *v.* SCHMALBECK ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 96–47. FLEENOR *v.* HEWITT SOAP CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–48. LAKE AT LAS VEGAS INVESTORS GROUP, INC. *v.* BOTABA REALTY CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–49. ESTATE OF BUICE, DECEASED, ET AL. *v.* UNITED STATES FIDELITY & GUARANTY INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 96–50. CONCOURSE NURSING HOME *v.* PERALES, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERIVICES, ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.